IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| KALIEF LADSON<br>a/k/a "Kalief A. Ladson" | :<br>:<br> | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of ammunition by a felon – 1 count)<br>Notice of forfeiture |

### INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 23, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KALIEF LADSON,**
a/k/a "Kalief A. Ladson,"

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, at least one of the following: six live rounds of Federal Cartridge Company .40 S&W caliber ammunition; and eleven live rounds of Winchester .40 S&W caliber ammunition, and the ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

**KALIEF LADSON,**
a/k/a "Kalief A. Ladson,"

shall forfeit to the United States of America, the ammunition involved in the commission of the offense, including, but not limited to:

1. six rounds of Federal Cartridge Company .40 S&W caliber ammunition;

   and

2. eleven rounds of Winchester .40 S&W caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

2

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KALIEF LADSON
a/k/a "Kalief A. Ladson"

Indictment

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this 13th
of April A.D. 20 23 day,

_____
Clerk

Bail, $ _____