IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA v. KALIEF LADSON | CRIMINAL ACTION NO. 23-161 |
|---|---|

## ORDER

AND NOW, on this 16th day of October, 2023, for the reasons laid out in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss the Indictment (ECF No. 14), is **DENIED.**

BY THE COURT:

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\23-161 order denying MTD Indictment.docx